IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

AHMAD WILLIAMS,

     Appellant,

v.
                                        Case No.  5D22-1038
                                        LT Case No. 2019-CF-01254

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed January 31, 2023

Appeal from the Circuit Court
for Putnam County,
Howard O. McGillin, Jr., Judge.

Tiffany Gatesh Fearing, of Suncoast
Legal Group, P.L., Spring Hill, for
Appellant.

Ashley Moody, Attorney General, Tallahassee,
and Daniel P. Caldwell, Assistant Attorney
General, Daytona
Beach, for Appellee.


PER CURIAM.

     AFFIRMED.

LAMBERT, C.J., WALLIS and JAY, JJ., concur.